## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA



04-60025

ROBERT WOODS, BRYAN
PEPITONE and ROBIN OWENS,

    Plaintiffs,

vs.

CITY OF PLANTATION, a Florida
municipal corporation, and PAUL SWANEY,
individually,

    Defendants.
_____/

CIV-ZLOCH

MAGISTRATE JUDGE
SNOW



### NOTICE OF REMOVAL

Defendants, CITY OF PLANTATION and PAUL SWANEY, by and through their undersigned attorneys, pursuant to 28 U.S.C. §1446, remove this action from the 17th Judicial Circuit in and for Broward County, State of Florida, and as grounds therefore state:

1. Counts I of the Complaint seek redress for alleged violations of the United States Constitution through 42 U.S.C. §1983. Specifically, Plaintiffs allege that they were falsely arrested in violation of the Fourth Amendment to the United States Constitution. Complaint, ¶19. Plaintiff also allege an entitlement to attorney's fees pursuant to 42 U.S.C. §1988. Complaint, ¶22.

2. Defendant, CITY OF PLANTATION, accepted service of process on December 15, 2003. See, Summons, attached hereto as Exhibit "A". The undersigned law firm will also be representing Defendant, PAUL SWANEY, and he joins in the removal of this action.

3. Pursuant to 28 U.S.C. §§ 1331 and 1343(a)(3), this Court has original jurisdiction over this action, as this action presents a "federal question" and seeks to redress the alleged deprivation of the Plaintiff's civil rights.



4.   Pursuant to 28 U.S.C. §1441(a) and (b) and §1443, this action is removable to this Court.

5.   A copy of the Complaint is attached hereto and made a part hereof as <u>Exhibit "B"</u> in accordance with 28 U.S.C. §1446(a).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed via US Mail this _____ day of January, 2004, to: **Kevin B. Dennis, Esq.**, Moskowitz & Dennis, LLC, Attorneys for Plaintiffs, 3111 Stirling Road, Suite C-203, Fort Lauderdale, FL 33312.

                      JOHNSON, ANSELMO, MURDOCH,
                          BURKE & GEORGE, PA
                      Attorney for CITY of PLANTATION
                      790 E. Broward Blvd., Suite 400
                      Fort Lauderdale, FL 33301
                      Tel: (954) 463-0100
                      Fax:(954) 463-2444

By:_____
      E. BRUCE JOHNSON
      Fla. Bar No. 262137

DEC 1 5 2003

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

ROBERT WOODS, BRYAN PEPITONE and    CASE NO.
ROBIN OWENS,
                                                       JUDGE:     030021772

         Plaintiffs,

vs.

CITY OF PLANTATION, a Florida
municipal corporation, and PAUL SWANEY,
individually,

_____/

## SUMMONS

**THE STATE OF FLORIDA**

TO ALL AND SINGULAR SHERIFFS OF SAID STATE:

       YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint in this action on the Defendant:

                      City of Plantation Office of the Mayor
                               400 N.W. 73rd Avenue
                                  Plantation, FL 33317

Each Defendant is required to serve written defenses to the Complaint of **MOSKOWITZ & DENNIS, L.L.C., 3111 Stirling Road, Suite C-303, Ft. Lauderdale, FL 33312** within twenty (20) days after service of this Summons on that Defendant exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiffs' attorney or immediately thereafter. If a Defendant fails to do so, a Default will be entered against that Defendant for the relief demanded in the Complaint.

       WITNESS My Hand and Seal of said Court.

                               HOWARD FORMAN,
                               As Clerk of said Court

                               By STUART SMITH
                                   Deputy Clerk

RECEIVED DEC 2 4 2003 By _____

Exhibit "A"

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificaction, para contestar la demanda adjunta, proescrito, y presentarla anteeste tribunal. Una llamad telefonica no lo protegera; si usted desea que el escrito, incluyendo el numero del caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen etros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatament. si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda pro su cuenta, al mismi tiempo en que presenta su respuestta ante el tribunal, debere usted enviar por correo o entegar una copia de su respuesta a la persona demoninada abajo como "Plaintiff/Plaintiff's Attorney." (Demandate o Abogado del Demanadante).

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20jour consecutifs a partir de la date de l'assignation de cet'te citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce Tribunal Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposes votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommes ici, si vous souhaitez qae le Tribunal entredre votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la couse ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il y d'autres obligations juridiquez et vous pouvez requerir les services immediatsd'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire d telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parveniir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney: (Plaignant ou a son avocat) nomme ci-dessous.

P:\CPWIN\HISTORY\031113A\550.16

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

ROBERT WOODS, BRYAN PEPITONE and
ROBIN OWENS,

   Plaintiffs,

           CASE NO. 030217772

vs.

CITY OF PLANTATION, a
Florida municipal corporation, and
PAUL SWANEY, individually,

   Defendants.
_____/

A TRUE COPY
HOWARD C. FORMAN
CLERK OF CIRCUIT COURT

DEC 1 1 2003

## COMPLAINT

  PLAINTIFFS, ROBERT WOODS, BRYAN PEPITONE and ROBIN OWENS, sues the Defendant, CITY OF PLANTATION, a Florida municipal corporation and PAUL SWANEY, individually, and allege as follows:

  1. This is an action for damages which exceed Fifteen Thousand ($15,000.00) Dollars, exclusive of interest and costs.

  2. At all times material hereto, the Plaintiff, ROBERT WOODS (hereinafter "WOODS") was a citizen of the State of Florida and a resident of Broward County, Florida, and is otherwise sui juris.

  3. At all times material hereto, the Plaintiff, BRYAN PEPITONE (hereinafter "PEPITONE"), was a citizen of the State of Florida and a resident of Broward County, Florida, and is otherwise sui juris.

  4. At all times material hereto, the Plaintiff, ROBIN OWENS (hereinafter

Exhibit "B"

"OWENS"), was a citizen of the State of Florida and a resident of Broward County, Florida, and is otherwise sui juris.

5. The Defendant, THE CITY OF PLANTATION (hereinafter "CITY") was and is a municipal corporation created and existing pursuant to the laws of the State of Florida and is located in Broward County, Florida.

6. At all times material to this cause of action, the Defendant, PAUL SWANEY (hereinafter "SWANEY"), was and is an individual who, upon information and belief, is a citizen of the State of Florida, a resident of Broward County, and who is or was employed by the City of Plantation Police Department.

7. At all times material hereto, the Plantation Police Department was the authorized law enforcement agency of CITY. All employees of the Plantation Police Department are employees and agents of the CITY.

## FACTUAL ALLEGATIONS

8. On or about November 11, 2000, at approximately 11:58 p.m., WOODS and OWENS, were the invitees upon the premises of 7120 N.W. 11th Court, in Plantation, Florida.

9. On or about November 11, 2000, at approximately 11:58 p.m., PEPITONE, was lawfully on the premises of 7120 N.W. 11th Court, in Plantation, Florida.

10. At all times material hereto, PEPITONE, resided at 7120 N.W. 11th Court, in Plantation, Florida.

11. The following is a description of the events that transpired between the parties on or about November 11, 2000, commencing at approximately 11:58 p.m.:

   a. PEPITONE was involved in a verbal altercation with his mother's

    boyfriend at her place of residence. After the verbal altercation, PEPITONE, returned to his place of residence, located at 7120 N.W. 11th Court, in Plantation, Florida.

b. Defendant SWANEY, an officer with the Plantation Police Department, arrived at PEPITONE's place of residence, took PEPITONE outside and questioned him about the circumstances surrounding the verbal altercation, which had just taken place at PEPITONE's mother's residence.

c. After questioning PEPITONE regarding the alleged verbal alteration at his mother's place of residence, and after a verbal confrontation ensued between Defendant, SWANEY, and PEPITONE, Defendant, SWANEY, forcefully placed PEPITONE under arrest for Assault (Domestic Violence) and Resisting an Officer with Violence.

d. Plaintiffs, WOODS and OWENS, came out of the residence and started yelling at the officers because they felt the officers were being abusive to PEPITONE.

e. At that point, they returned to the inside of the residence at the request of the officers.

f. After a number of officers, as well as the K-9 unit subdued PEPITONE, Defendant, SWANEY, entered the residence without permission and arrested Plaintiffs, WOODS and OWENS.

g. Plaintiffs, WOODS and OWENS, were charged with resisting arrest without violence.

12. On May 7, 2003, and pursuant to F.S. 768.26(6), PEPITONE, WOODS and OWENS sent their Notice of Claim to Defendant, CITY, via certified mail. A copy of the Notice of Claim is attached hereto as Exhibit "A".

13. Over six months have elapsed since the said Notice was delivered to the CITY, which has denied Plaintiffs' claim. A copy of the Denial letter is attached hereto as Exhibit "B".

14. All other conditions precedent to bringing this action have been performed, excused, modified or waived.

## COUNT I - FALSE ARREST CITY OF PLANTATION

Plaintiffs reallege and reaver the allegations contained in Paragraphs 1 - 14 as though fully set forth herein and further allege:

15. On or about November 11, 2000, PEPITONE was wrongly and without just cause arrested and imprisoned without probable cause, warrant or other legal authority by Defendant, SWANEY, who was, at all times material hereto, acting withing the course and scope of his employment as a police officer for the CITY.

16. On or about November 11, 2000, WOODS was wrongly and without just cause arrested and imprisoned without probable cause, warrant or other legal authority by Defendant, SWANEY, who was, at all times material hereto, acting withing the course and scope of his employment as a police officer for the CITY.

17. On or about November 11, 2000, OWENS was wrongly and without just cause arrested and imprisoned without probable cause, warrant or other legal authority by Defendant, SWANEY, who was, at all times material hereto, acting withing the course and scope of his employment as a police officer for the CITY.

18. The acts of SWANEY was done under color and pretense of the laws of

the State of Florida and the CITY Police Department and under the authority of his position as a police officer for the Plantation Police Department.

19. The act of SWANEY was committed either due to his plain incompetence or in bad faith and with malicious purpose and the specific intent to deprive PEPITONE, WOODS and OWENS of the following rights, privileges and immunities secured to them by the Constitution of the United States, specifically including, but not limited to:

    a. The right of PEPITONE, WOODS and OWENS to not be deprived of live, liberty or property, without due process of law secured by the Fourth Amendment; and

    b. The right to be free from the use of excessive force during arrest secured by the Fourth Amendment.

20. As a direct and proximate result of the action of SWANEY, PEPITONE, WOODS and OWENS have sustained damage to their community standing and reputation, humiliation, physical injuries, mental and medical pain and suffering, physical discomfort, loss of time, and substantial obligations for attorneys' fees, costs, and expenses in defense of herself in the underlying criminal case. These damages are permanent in nature and can be expected to continue in the future.

21. PEPITONE, WOODS and OWENS have retained the undersigned attorneys to represent them in this action and has agreed to pay them a reasonable fee for their services.

22. SWANEY is liable for PEPITONE's, WOODS' and OWENS' attorney fees and costs expended in the prosecution of this action pursuant to 42 U.S.C. 1988.

WHEREFORE, Plaintiffs demand judgment for compensatory damages, costs and attorneys' fees, together with a trial by jury for all issues so triable as of matter of right.

## COUNT II - ASSAULT & BATTERY AGAINST PAUL SWANEY

Plaintiffs reallege and reaver the allegations contained in Paragraphs 1 - 22 as though fully set forth herein and further allege:

23. This is an action for assault and battery against Defendant, SWANEY.

24. On or about November 11, 2000, Defendant, SWANEY, used excessive force upon the body and person of Plaintiff, PEPITONE, and did, without provocation, carelessly, willfully and wantonly assault Plaintiff while attempting to apprehend Plaintiff.

25. As a result of the actions of the Defendant, SWANEY, and the excessive force of the assault upon Plaintiff, PEPITONE's person and body, Plaintiff was injured in and about his body and extremities, suffered pain therefrom, suffered disability and disfigurement, mental anguish, expense of hospitalization, medical and nursing care and treatment, aggravation of a pre-existing condition, sustained permanent injuries within a reasonable degree of medical probability, and/or permanent loss of bodily function. These injuries are permanent or continuing in nature, and the Plaintiff will suffer these losses and impairments in the future.

WHEREFORE, the Plaintiff, BRYAN PEPITONE, demands judgment for damages in excess of Fifteen Thousand Dollars ($15,000.00), together with costs incurred herein. The Plaintiff further demands trial by jury on all issues so triable as a matter of right.

MOSKOWITZ & DENNIS, L.L.C.
3111 Stirling Road
Suite C-303
Ft. Lauderdale, FL 33312
(954) 963-9191
(954) 963-9183 Facsimile

By: _____
Kevin B. Dennis
Florida Bar # 829110

P:\CPWIN\HISTORY\031113A\550.14

# CIVIL COVER SHEET

The JS - 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM)

**1.(a) PLAINTIFFS**
ROBERT WOODS, BRYAN PEPITONE and ROBIN OWENS

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF:

**(c)** ATTORNEYS (FIRM NAME ADDRESS AND TELEPHONE NUMBER)

Kevin B. Dennis, Moskowitz & Dennis, LLC
3111 Stirling Road, Suite C-203
Fort Lauderdale, Florida 33312/954-963-9191

**DEFENDANTS**
CITY OF PLANTATION, a Florida municipal corporation, and PAUL SWANEY, Ind.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Broward

ATTORNEYS (IF KNOWN)
E. Bruce Johnson
Johnson, Anselmo, Murdoch, Burke & George, P.A.
790 E. Broward Blvd., Suite 400
Fort Lauderdale, Florida 33301 / 954/463-0100

04-60025
CIV-ZLOCH
MAGISTRATE JUDGE
SNOW

0:04CV60025 WJZ/LSS

**(d)** CIRCLE COUNTY WHERE ACTION AROSE: **BROWARD**

## II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)

- ☐ 1 U S Government Plaintiff
- ☒ 3 Federal Question (US Government Not a Party)
- ☐ 2 U S Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **Personal Injury** | ☐ 610 Agriculture | ☐ 422 Appeal 28USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Seizure of Prop. 21USC881 | | ☐ 430 Banks, Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | B ☐ 450 Comm. ICC |
| ☐ 150 Recovery of Overpayment & Enforce Judgment | **Personal Injury -** | ☐ 640 R R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employees Product Liability | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 RICO |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 340 Marine | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 345 Marine Product Liability | ☐ 690 Other | **B SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholder Suit | ☐ 350 Motor Vehicle | **A LABOR** | ☐ 861 HIA 1395 | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Cont Prod Liability | ☐ 360 Other Personal Injury | ☐ 720 Labor Mgmt Relations | ☐ 863 DIWC/DIWW/405g | ☐ 892 Econ Stab Act |
| **A REAL PROPERTY** | **Personal Injury** | ☐ 730 Labor/ Mgmt Reporting & Disclosure Act | ☐ 864 SSD Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemn | ☐ 362 Personal Injury - Med Malpractice | ☐ 740 Railway Labor Act | ☐ 865 RSI(405g) | ☐ 894 Energy Alloc Act |
| B ☐ 220 Foreclosure | ☐ 365 Personal Injury - Product Liability | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom on Info Act |
| ☐ 230 Rent and Lease Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 791 Empl Ret Inc Security Act | A ☐ 870 Taxes(US Plaintiff of Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | **Personal Property** | | A ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 950 Constitutionality State Statute |
| ☐ 245 Tort Prod Liability | ☐ 370 Other Fraud | | | ☐ 890 Other Statutory Actions A OR B |
| ☐ 290 All Other Real Property | ☐ 371 Truth in Lending | | | |
| | ☐ 380 Other Personal Property | | | |
| | ☐ 385 Prop Damage Product Liability | | | |
| | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | | |
| | ☐ 441 Voting | B ☐ 510 Motions to Vacate Sentence | | |
| | ☐ 442 Employment | **HABEAS CORPUS:** | | |
| | ☐ 443 Housing/Accommodations | B ☐ 530 General | | |
| | ☐ 444 Welfare | A ☐ 535 Death Penalty | | |
| | ☒ 440 Other Civil Rights | B ☐ 540 Mandamus & Other | | |
| | | B ☐ 550 Civil Rights | | |
| | | B ☐ 555 Prison Condition | | |

**VI. CAUSE OF ACTION** (CITE THE U S CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY) Violation of U.S. Constitutional Rights, 4th Amendment, 42 USC 1983

LENGTH OF TRIAL: __3__ days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:** CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23  **DEMAND $**  CHECK YES only if demanded in complaint  **JURY DEMAND:** ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions)  JUDGE:  DOCKET NUMBER:

DATE January 8, 2004  SIGNATURE OF ATTORNEY OF RECORD  E. Bruce Johnson -- FBN 262137

FOR OFFICE USE ONLY  RECEIPT NO.: 530156  AMOUNT 150.00  APPLYING IFP  JUDGE