UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-60025-CIV-ZLOCH

ROBERT WOODS, BRYAN PEPITONE,
and ROBIN OWENS,

    Plaintiffs,

vs.                                                    **FINAL JUDGMENT**

CITY OF PLANTATION, a Florida
Municipal corporation, and
PAUL SWANEY, individually,

    Defendant.

_____/

    THIS MATTER is before the Court upon Defendant City of Plantation's Motion For Summary Judgment (DE 37) and Defendant Paul Swaney's Motion For Summary Judgment (DE 39). For the reasons expressed in this Court's Order granting said Motions, entered separately, and pursuant to Rules 56 and 58 of the Federal Rules of Civil Procedure, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Final Judgment be and the same is hereby **ENTERED** in favor of Defendants City of Plantation and Paul Swaney and against Plaintiffs Bryan Pepitone, Robin Owens, and Robert Woods upon the Amended Complaint (DE 9) filed herein. Plaintiffs shall take nothing by this action and said Defendants shall go hence without day; and

    2. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this \_\_\_19th\_\_\_ day of March, 2008.

                                                                    _/s/ William J. Zloch_
                                                                    WILLIAM J. ZLOCH
                                                                    United States District Judge

Copies furnished:

All Parties and Counsel Of Record